1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| PROVIDENT SAVINGS BANK, F.S.B., a Federal corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRETT J. PAGE, an individual, and DOES 1-25, inclusive,<br><br>Defendant. | Case No.: 07-cv-0522 BEN RBB<br><br>ORDER GRANTING JOINT MOTION FOR TRANSFER OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

In consideration of the joint motion of Defendant BRETT J. PAGE and Plaintiff PROVIDENT SAVINGS BANK, F.S.B., seeking transfer of this action to the United States District Court for the Central District of California, the Court has considered the motion and all pleadings and other papers on file in this action, and has concluded that transfer of this action to that venue would be in the interest of justice and for the convenience of the parties and witnesses. Therefore,

IT IS ORDERED that the joint motion of Defendant BRETT J. PAGE and Plaintiff PROVIDENT SAVINGS BANK, F.S.B., to transfer this action to the United States District Court for the Central District of California is GRANTED.

ORDER ON JOINT MOTION FOR TRANSFER

114633.000001/693458.01

1   IT IS FURTHER ORDERED that this action be removed from the docket of
2   this Court and transferred to the United States District Court for the Central District
3   of California for any and all further proceedings.
4   IT IS SO ORDERED.
5   Dated: April 9, 2007

    Hon. Roger T. Benitez
6   UNITED STATES DISTRICT COURT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28